**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-1478-WJM-CBS

YOLANDA MARIA ROCHA-SOTELO,

     Plaintiff,

v.

EQUIFAX INC., a Georgia limited liability company, and
MIDLAND CREDIT MANAGEMENT INC., a Delaware limited liability company,

     Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS PARTY**

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss Party Midland Credit Management, Inc., filed January 31, 2014 (ECF No. 26). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's claims against Defendant Midland Credit Management Inc., are hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 31st day of January, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge